QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER GARCIA-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JAVIER GARCIA-GUTIERREZ,<br>            Defendants. | CASE NO. CR-S-05-373 LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE: November 15, 2005<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

This matter came on for Status Conference on October 25, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Matthew D. Segal, for Assistant United States Attorney Michael Beckwith, represented the United States of America.  Assistant Federal Defender Caro Marks was present with Defendant Javier Garcia-Gutierrez.

The defense requested a continuance until November 15, 2005 in order to conduct further review of the discovery and to continue negotiations with the government.

Accordingly, the parties further agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above,

Order After Hearing

1  pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for
2  preparation of counsel, from October 25, 2005, up until and including
3  November 15, 2005.
4      Defendant was questioned by the Court, affirmed he understood his
5  rights under the Speedy Trial Act and consented on the record to such
6  an exclusion of time.
7      Good cause appearing therefor,
8      IT IS ORDERED that this matter is continued to November 15, 2005,
9  at 9:30 a.m. for Status Conference.
10     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
11 (iv) and Local Code T4, the period from October 25, 2005, up to and
12 including November 15, 2005, is excluded from the time computations
13 required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: November 8, 2005

                    /s/ Lawrence K. Karlton
                    HONORABLE LAWRENCE K. KARLTON
                    Senior, U.S. District Court Judge

Order After Hearing                    2