QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER GARCIA-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-373 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | DATE: November 29, 2005 |
| ) | TIME: 9:30 a.m. |
| JAVIER GARCIA-GUTIERREZ, ) | JUDGE: Lawrence K. Karlton |
| Defendants. ) | |
| _____ ) | |

     This matter came on for Status Conference on November 15, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Matthew Stegman, for Assistant United States Attorney Michael Beckwith, represented the United States of America.  Assistant Federal Defender Caro Marks was present with Defendant Javier Garcia-Gutierrez.

    The defense requested a continuance until November 29, 2005 in order to review the government's plea offer with the Defendant.

    Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above,  pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of

Order After Hearing

counsel, from November 15, 2005, up until and including November 29, 2005.

Defendant was questioned by the Court, affirmed he understood his rights under the Speedy Trial Act and consented on the record to such an exclusion of time.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to November 29, 2005, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from November 15, 2005, up to and including November 29, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Date: November 18, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
SENIOR DISTRICT COURT JUDGE

Order After Hearing                          2